UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| United States of America, | Case: 2:25-cr-20776<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 10/15/2025<br>Description: IND USA V. PONCE-SAAVEDRA (AB) |
|---|---|
| Plaintiff, | |
| v. | Violation: 18 U.S.C. § 111(a)(1) |
| Jose PONCE-SAAVEDRA, | |
| Defendant | |

_____/

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
### **18 U.S.C. § 111(a)(1) Assaulting, Resisting or Impeding a Federal Officer**

On or about September 28, 2025, within the Eastern District of Michigan, Southern Division, Jose PONCE-SAAVEDRA, did intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with any person designated in Title 18, United States Code, Section 1114, that is, a Department of Homeland Security, United States Border Patrol Agent, while the Agent was engaged in or on account of the performance of their official duties, and caused physical contact with the Agent, in violation of Title 18, United States Code, Section 111(a)(1).

1

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit


*s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney


Dated: 10/15/2025

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:25-cr-20776<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 10/15/2025<br>Description: IND USA V. PONCE-SAAVEDRA (AB) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _SEF_ |

Case Title: USA v. Jose PONCE-SAAVEDRA

County where offense occurred : Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

    ____Indictment/____Information --- no prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30627 ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 15, 2025
    Date

*/s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #:  P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.